NUMBER 13-02-699-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

________________________________________________________________

ADOLFO GAONA D/B/A GAONA AUTO SALES , Appellant,
v.



FRANCISCO J. SALAZAR , Appellee.

________________________________________________________________
On appeal from County Court at Law No. 1

of Hidalgo County, Texas.

________________________________________________________________



MEMORANDUM OPINION


Before Justices Rodriguez, Castillo, and Kennedy (1)

Opinion Per Curiam



 Appellant, ADOLFO GAONA D/B/A GAONA AUTO SALES , attempted to perfect an appeal from a judgment entered
by County Court at Law No. 1 of Hidalgo County, Texas, in cause number CL-35,796-A . After the record was received,
appellant filed a motion to dismiss the appeal. In the motion, appellant states that he no longer wishes to prosecute this
appeal. 

 The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM



Opinion delivered and filed this

the 30th day of January, 2003 .

1. Retired Justice Noah Kennedy assigned to this Court by the Chief Justice of the Supreme Court of Texas
pursuant to Tex. Gov't Code Ann. § 74.003 (Vernon 1998).